**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: MICHAEL C. NOVI,<br>ATTORNEY AT LAW, BAR NO. 8212. | Case No.: 2:18-ms-00095<br><br>**ORDER OF SUSPENSION** |

On November, 19, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Not Deliverable as Addressed - Unable to Forward." The Order to Show Cause provided Mr. Novi with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Novi. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Michael C. Novi, Bar No. 8212, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  29  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __29__ day of April, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

**Michael C. Novi**
1332 Jones Street
Reno, NV 89503

Certified Mail No.: 7012 2920 0000 1532 0516

**Michael C. Novi**
3320 Thornhill Dr,
Reno, NV, 89509-3022

Certified Mail No.: 7012 2920 0000 1532 0479

/s/ L.Quintero
Deputy Clerk
United States District Court,
District of Nevada